LEOPOLD MANNABERG, Appellant, v. SIEGFRIED KLAUSNER et al., Respondents.

*Per Curiam.* The complaint contains allegations sufficient to sustain a cause of action for fraud in that by false representations the plaintiff was induced to consent to the sale of an asset of the partnership. To such a cause of action the six-year Statute of Limitations would apply only from the date of the discovery of the fraud (Civ. Prac. Act, § 48, subd. 5) even when the fraud is practiced by a partner upon another member of the partnership. The decision in *Brick* v. *Cohn-Hall-Marx Co.* (276 N. Y. 259) does not hold to the contrary.

The order and the judgment should be reversed, with costs, and the motion denied.

Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ., concur.

Judgment and order unanimously reversed, with costs, and motion denied. [See *post,* p. 691.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OVER-ALL REALTY CORPORATION, Appellant-Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants.— Final order modified so as to provide for the fixing of the assessed valuations of the property for the years 1940–41, 1941–42, 1942–43 and 1943–44 as follows:

|         | *Land*    | *Building* | *Total*   |
|---------|-----------|------------|-----------|
| 1940–41 | $255,000  | $480,000   | $735,000  |
| 1941–42 | 255,000   | 470,000    | 725,000   |
| 1942–43 | 255,000   | 460,000    | 715,000   |
| 1943–44 | 255,000   | 450,000    | 705,000   |

and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents in part: The amount of the reductions allowed on the building is, in the light of all the evidence, excessive; and, accordingly, I dissent as to the building values found. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM JACOBS, Appellant, et al., Defendants.— Judgment so far as appealed from modified by eliminating the provision that on each of the remaining counts other than the first the defendant-appellant be fined $500 or serve three months additional imprisonment, and as so modified affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Dore, J., dissent and vote to affirm. Settle order on notice.